**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **QUINCY JACK** | **CIVIL ACTION NO. 6:19-cv-00338** |
| **VERSUS** | **JUDGE MICHAEL J. JUNEAU** |
| **K.P. GIBSON, ET AL.** | **MAG. JUDGE PATRICK J. HANNA** |

**STIPULATION OF DISMISSAL**

**NOW INTO COURT**, through undersigned counsel, come all remaining parties to this litigation, who, Pursuant to Fed. R. Civ.P 41(a)(1)(A)(ii), stipulate to the dismissal of the instant matter **WITH PREJUDICE**.

**WHEREFORE**, the parties pray that an order of dismissal be entered consistent with this stipulation dismissing the instant suit with prejudice.

Respectfully submitted by:
**FROSCH, RODRIGUE, ARCURI, LLC**
*/s/Ronald S. Bryant*
TIMOTHY R. RICHARDSON (LSBN 27625)
RONALD S. BRYANT (LSBN 36110)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana  70112
Phone: (504) 592-4600;
Fax:    (504) 592-4641
Email: trichardson@fralawfirm.com
Email: sbryant@fralawfirm.com
*Counsel for the Defendants*

L**. CLAYTON BURGESS, APLC**
*/s/L. Clayton Burgess*
L. CLAYTON BURGESS (LSBN 22979)
605 West Congress Street
Lafayette, Louisiana 70502
Phone: (337) 234-7573
Fax:    (337) 233-3890
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

  I do hereby certify that on this 9th day of August, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

                    _/s/Ronald S. Bryant_