UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **QUINCY JACK** | **CIVIL ACTION NO. 6:19-CV-00338** |
| **VERSUS** | **JUDGE JUNEAU** |
| **K P GIBSON, ET AL** | **MAGISTRATE JUDGE HANNA** |

## ORDER

Considering the foregoing Joint Stipulation of Dismissal, Rec. Doc. 30,

**IT IS HEREBY ORDERED** that all claims in the above captioned matter, and this case, are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana on this 10th day of August, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE